UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF
K & K BOATING, INC.,                          CASE NO: 8:05-cv-1514-T-23MAP

    Petitioner.
_____/

### **ORDER**

United States Magistrate Judge Mark A. Pizzo issues a report and recommendation (Doc. 33) on the claimant's motion (Doc. 22) to "stay limitation of liability proceeding and lift injunction." No party files an objection to the report and recommendation and the time to file objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 33) is **ADOPTED**. The motion (Doc. 22) to stay this proceeding and to lift the injunction is **GRANTED**. Accordingly, this action is **STAYED** and the injunction that enjoins the claimant from filing an action against the petitioner in state court (Doc. 8) is **LIFTED**. The Clerk is directed to **ADMINISTRATIVELY CLOSE** the case.

    ORDERED in Tampa, Florida, on June 26, 2006.

                                                       STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy